IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUDGE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:11-0907 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| ALLIED BARTON SECURITY SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Notice of Settlement filed by the defendant (Docket No. 13), it is hereby **ORDERED** that the initial case management conference scheduled for January 9, 2012 is **CANCELLED**. The parties shall submit their stipulation of dismissal within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 6th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge

1